UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Casey Haarsma, Jr.**, | ) |
| | ) Case No. 1:10-cv-827 |
| Plaintiff, | ) |
| | ) Hon. Robert Holmes Bell |
| v. | ) |
| | ) |
| **Diversified Adjustment Service,** | ) |
| **Incorporated,** a Minnesota | ) |
| corporation, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files this Notice of Dismissal with prejudice, with Defendant having served neither an answer nor a motion for summary judgment.

Dated: September 28, 2010

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com